*Friday, June 18, 1993*

## MOTION DOCKET

**87–1334.** State v. DePew. *Butler County,* No. CA85–07–075. This cause came on for further consideration upon appellant's motion to stay his execution, now scheduled for July 21, 1993, pending the final disposition by the Ohio courts of his claims raised in his application for delayed reconsideration, filed in the Twelfth District Court of Appeals.

IT IS ORDERED by the court that said motion to stay the execution be, and the same is hereby, granted, effective June 17, 1993.

## MISCELLANEOUS DISMISSALS

**93–334.** Pub. Util. Comm. v. William E. Comley, Inc. Public Utilities Commission, Nos. 91–1195–TR–CSS, 91–2300–TR–CSS and 91–2299–TR–CSS. This cause, here on appeal from the Public Utilities Commission of Ohio, was considered in the manner prescribed by law. It appears from the records of this court that appellant has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 17, 1993.

*Wednesday, June 23, 1993*

## MOTION DOCKET

**90–177.** State v. Hill. *Trumbull County,* Nos. 3720 and 3745. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective June 21, 1993.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.